EDWARD SEAMON, Respondent, v. JOSEPH REINFELD, Appellant, Impleaded with Others, Defendants.— Orders so far as appealed from unanimously affirmed, each with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. Verified bill of particulars to be served within ten days after service of a copy of the order to be entered hereon. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

RICARDO GIL, Appellant, v. DOLORES G. LOPEZ and CARMEN L. GARCIA, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

SARAH BREEN, Appellant, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, THOMAS BERKERY, as Commanding Officer of the Division of Licenses of the Police Department of the City of New York, NIAGARA CAB CO., INC., SENTINEL CAB CO., INC., ALLEGHENY CAB CO., INC., and SEMINOLE CAB CO., INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 590.]

MARCIA GREENBERG, Respondent, v. LOUIS GREENBERG, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MORRIS SILVERSTEIN, Respondent, v. TAUBE Fox, as Executrix, etc., of BERNARD Fox, Appellant.— Order so far as appealed from unanimously modified by striking out leave to amend, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of LEONARD L. SUTTER, Appellant, against FIORELLA H. LAGUARDIA, as Mayor of the City of New York, and FREDERICK H. J. KRACKE, as Commissioner of the Department of Plant and Structures of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of ANNA SWIFT, Appellant, for an Order Restraining ROY UPHAM and Others, Individually and as Members of the Grievance Committee of the Department of Education of the State of New York, and REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents, from Proceeding Without or in Excess of Jurisdiction.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

HELENE SCHWABE, Respondent, v. BERNARD ULMANN Co., INC., Defendant, Impleaded with JAMES ROOSEVELT, JR., Appellant.— Order unanimously modified by striking out items 9 to 16, inclusive, and as so modified affirmed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ